AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 281D-LA-3202457 | Date and time warrant executed: 10/01/20 @ 2:01 PM | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of: RICHARD W. DENNY - *Richard W Denny*

Inventory of the property taken and name of any person(s) seized:

— One (1) BLU model cellphone, blue in color, with serial # 2110010010099565.

*Nothing Else Follows / Brian DJ 10/01/20*

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/01/2020

*Brian DeJesus* — FBI Special Agent
Executing officer's signature

Brian De Jesus - FBI Special Agent
Printed name and title